**No. 11-7409. Anthony Fox, Petitioner v. Thomas Inserra, Superintendent, Mid-Orange Correctional Facility.**

565 U.S. 1165, 132 S. Ct. 1110, 181 L. Ed. 2d 993, 2012 U.S. LEXIS 868.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 11-7410. Edward D. Smith, Petitioner v. Texas Department of Criminal Justice, Correctional Institutions Division, et al.**

565 U.S. 1165, 132 S. Ct. 1136, 181 L. Ed. 2d 993, 2012 U.S. LEXIS 738, ▪▪▪▪▪▪

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 442 Fed. Appx. 966.

**No. 11-7417. Michael Thomas Weaver, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.**

565 U.S. 1165, 132 S. Ct. 1110, 181 L. Ed. 2d 993, 2012 U.S. LEXIS 837.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-7421. James Earl Brewster, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 1165, 132 S. Ct. 1111, 181 L. Ed. 2d 993, 2012 U.S. LEXIS 888.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-7429. Michael Lindner, Petitioner v. Arizona.**

565 U.S. 1165, 132 S. Ct. 1111, 181 L. Ed. 2d 993, 2012 U.S. LEXIS 824.

January 17, 2012. Petition for writ of certiorari to the Court of Appeals of Arizona, Division One, denied.

Same case below, 227 Ariz. 69, 252 P.3d 1033.

**No. 11-7431. Jon James, Petitioner v. Renee Townsley.**

565 U.S. 1165, 132 S. Ct. 1111, 181 L. Ed. 2d 993, 2012 U.S. LEXIS 901.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-7434. Ross Killian, Petitioner v. California.**

565 U.S. 1165, 132 S. Ct. 1111, 181 L. Ed. 2d 993, 2012 U.S. LEXIS 742.

January 17, 2012. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.

**No. 11-7435. Reza Conwell Tatum, Petitioner v. Gregory McQuiggin, Warden.**

565 U.S. 1165, 132 S. Ct. 1111, 181 L. Ed. 2d 993, 2012 U.S. LEXIS 866.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.